UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17CR356 RWS/JMB ) |
| PAUL EVERETT CREAGER, | ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify the Terms and Conditions of Defendant's Pretrial Release (Doc. No. 15) is **GRANTED in part,** as to his motion to travel to the Western District of Missouri.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release 7(f) (Doc. No. 8) is modified as follows:

> Defendant may travel to the Western District of Missouri for the limited purpose of selling the house in the Lake of the Ozarks; Defendant must provide 48 hours prior notice of any such travel to the U.S. Pretrial Services Agency.

**IT IS FURTHER ORDERED** that Defendant's Motion to Modify the Terms and Conditions of Pretrial Release as to Employment (Doc. No. 15) is set for hearing on **Friday, August 25, 2017, at 10:00 a.m.**, before the undersigned. Also at that time, Defendant shall be prepared to provide the Court with details of his cruise travel itinerary.

In all other respects, the Order Setting Conditions of Release entered on August 10, 2017, remains in effect.

/s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of August, 2017.