## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|     PLAINTIF,  ) | |
| ) | |
| VS.  ) | Cause No:  4:17-cr-00356 RWS |
| ) | |
| PAUL CREAGER,  ) | |
|     DEFENDANT.  ) | |

### MOTION TO MODIFY THE TERMS AND CONDITIONS OF DEFENDANT'S RELEASE PENDING SENTENCING

Comes now Kenneth Leeds, attorney for Defendant, and moves that the terms and conditions of Defendant's Release Pending Sentencing pertaining to travel, be modified in the following respect:

1. That Defendant has been asked to build a garage for Kevin Little, a family friend that Defendant has known for more than 20 years.

2. That Mr. Little lives at 14 Frazier Court, Sandwich, Missouri 60548.

3. That Plaintiff will be paid for his services.

4. That Plaintiff is requesting that he be allowed to stay with Mr. Little on the following dates so that he can build the garage:

4/19/18-4/22/18, 4/26/18-4/29/18, 5/4/18-5/7/18, and 5/11/18-5/14/18

Wherefore, Defendant Moves that this court grant Defendant the relief prated for herein.

/s/Kenneth Leeds #30885
906 Olive St., Suite 525
St. Louis, MO 63101
314-726-5555
314-725-3012(f)
kleeds41@aol.com

## **CERTIFICATE OF SERVICE**

      Comes now Kenneth Leeds and certifies that a copy of the foregoing was filed with the court's electronic filing system this 16th day of April 2018.

/s/Kenneth Leeds